THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF:

Application of Alfred B. Robinson, Jr.
200 Constitution Avenue, NW,
Washington, DC 20210
Acting Administrator, Wage and Hour Division,
Employment Standards Administration,
United States Department of Labor,
For the Issuance of Subpoenas
To Certain Named Persons

MISC 06 047 ML

## APPLICATION FOR SUBPOENAS

Comes now the undersigned attorney on behalf of Alfred B. Robinson, Jr., Acting Administrator, Wage and Hour Division, Employment Standards Administration, United States Department of Labor, and respectfully applies to this Court, pursuant to 5 U.S.C. § 304, for an order directing the issuance of subpoenas to the persons named herein below, directing such persons to appear and to be examined and cross-examined before an Administrative Law Judge of the United States Department of Labor on the 12th day of June, 2006, and for such further dates as the Administrative Law Judge may order testimony. Such testimony is to be taken on the identified dates at the U.S. Department of Labor, Office of Administrative Law Judges, United States Bankruptcy Court, Hearing Room 6th Floor, 380 Westminster Street, Providence, Rhode Island 02903 at 9:00 a.m. each day in a matter entitled:

In the Matter of Disputes concerning the payment of prevailing wage rates, overtime, and proper classification by: A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., MARON CONSTRUCTION CO.., INC., A.F. LUSI CONSTRUCTION, INC., FREEPORT GENERAL CONTRACTING, INC.CHIRICO CONSTRUCTION CO., INC., Prime Contractors, and A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., Subcontractor and Proposed debarment for labor standards violations by: A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC, and VEASNA NETH, President, PEAU MEY, Vice-President, Don Lee, Treasurer With respect to laborers and mechanics employed by A –plus Asbestos Abatement contractors, inc., under United States Department of Transportation, United States Coast Guard,

Contract No. N62472-01-C6902; United States Department of the Navy, United States Contract No. N62472-01-C6902; United States Department of the Navy, Contract No. N62472-00-C-6907; Heritage Harbor Corporation and the City of Providence Contract No. 01-01-03636; Cranston Housing Authority Contract No. 00127; Contract No. RI 6-1, RI6-2, RI 6-3 and RI 6-4; Pawtucket Housing Authority Contract RI2-3/5; New Bedford Housing Authority Contract No. MA-73; Woonsocket Housing Authority "Renovations to Parkview Manor Elderly High-Rise", Pawtucket (April 26, 2001); Lawrence Housing Authority, Lawrence Housing AuthorityCommunity Center (November 21, 2001):

1. John Carbone
2. Richard Cinieri
3. Bradford Coley
4. Custodian of the Records, Woonsocket Housing Authority
5. Noeun Doak
6. Lin Ket
7. Sarath Loeung
8. Pat Major
9. Khitta Mounsaleum
10. Bounlome Ninthala
11. Paul Perry
12. Chandararoth Pok
13. Vannak Reth
14. Sokhy San
15. Peter Sirois
16. Sky Sisavath
17. Duncan Steel
18. Lang Tang
19. Buavanh Vongvilay

In support of such application, applicant respectfully submits to the Court:

(1) Alfred B. Robinson, Jr., is the Acting Administrator, Wage and Hour Division, Employment Standards Administration, a bureau of an Executive Department of the United States.

(2) There are presently pending in the Office of Administrative Law Judges, U.S. Department of Labor, disputes concerning the payment of prevailing wage rates, overtime, and proper classifications under the Davis Bacon and Davis Bacon Related Acts as denoted at 29 Code of Federal Regulations Part 5 and the Contract Work Hours and Safety Standards Act, 40 U.S.C. § 3701 *et seq.* Pursuant to its authority under these statutes and the applicable regulations

at 29 C.F.R. Part 5, the Department of Labor requested the contracting agencies to withhold funds on federal construction contracts with A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., and A.F. LUSI CONSTRUCTION, INC., for the wage deficiencies on the above-referenced contracts. As a result, A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., and A.F. LUSI CONSTRUCTION, INC., has claimed that it is entitled to these funds. Therefore, A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., and A.F. LUSI CONSTRUCTION, INC., have a claim against the United States currently pending before the Department of Labor's Office of Administrative Law Judges. Authority for determination of this claim has been delegated to Department of Labor Administrative Law Judge Colleen A. Geraghty, who is considering it in the aforesaid entitled proceeding.

(3) The persons named above for whom applicant seeks an order for the issuance of subpoenas have knowledge and information relating to the contested issues in the aforesaid entitled proceeding.

(4) Section 304, of Title 5, of the United States Code, provides as follows:

> The head of an executive department or military department or bureau thereof in which a claim against the United States is pending may apply to the judge or clerk of a court of the United States to issue a subpena [sic] for a witness within the jurisdiction of the court to appear at a time and place stated in the subpena [sic] before an individual authorized to take depositions to be used in the courts of the United States, to give full and true answers to such written interrogatories and cross interrogatories as may be submitted with the application, or to be orally examined and cross examined on the subject of claim.

(5) The following exhibits are attached hereto and incorporated herein in support of this application:

Exhibit A, Certificate of Deputy Administrator, Wage and Hour Division, Employment Standards Administration.

Exhibit B, Order of Reference issued by the Regional Administrator, Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor referring the aforesaid entitled proceeding to the Chief Administrative Law Judge.

Exhibit C, Notice of Hearing and Pre-Hearing Order issued by Administrative Law Judge Colleen A. Geraghty, setting the above-styled proceeding for hearing in Providence, Rhode Island commencing on June 12, 2006 at 9:00 a.m., including the Service Sheet, showing the parties to who notice of such hearing was furnished.

WHEREFORE, applicant, Alfred B. Robinson, Jr., Deputy Administrator, Wage and Hour Division, Employment Standards Administration, respectfully requests an order from this Court for the issuance of subpoenas to the above-named persons requiring them to appear at the time and place stated and to be examined and cross-examined upon the subject of the above-described claim against the United States.

Respectfully submitted,

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Merle D. Hyman
Merle D. Hyman
Senior Trial Attorney

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Bldg., Room 1803
Boston, MA 02203
Tel: 617-565-2500
Fax: 617-565-2142