THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 01 2006
Property of U.S. District Court
District of Rhode Island

IN THE MATTER OF: MISC 06 047 ML

Application of Alfred B. Robinson, Jr.,
Acting Administrator, Wage and Hour Division,
Employment Standards Administration,
United States Department of Labor,
For the Issuance of Subpoenas
To Certain Named Persons

ORDER

Upon application by Alfred B. Robinson, Jr., Acting Administrator, Wage and Hour Division, Employment Standards Administration, United States Department of Labor, it is hereby:

ORDERED, pursuant to 5 U.S.C. § 304, that subpoenas issue directing that the following persons appear on the 12th day of June, 2006, and on such further dates as the Administrative Law Judge may order testimony. The witnesses are to appear at the U.S. Department of Labor, Office of Administrative Law Judges, United States Bankruptcy Court, Hearing Room 6th Floor, 380 Westminster Street, Providence, Rhode Island 02903 at 9:00 a.m. on each day, before a duly appointed Administrative Law Judge of the United States Department of Labor, to be examined and cross examined on the subjects of the claim of A-PLUS ASBESTOS ABATEMENT CONTRACTOR, INC., A.F. LUSI CONSTRUCTION, INC., VEASNA NETH, PEAU MEY AND DON LEE against the United States now pending before the Office of Administrative Law Judges, United

States Department of Labor:

1. John Carbone
2. Richard Cinieri
3. Bradford Coley
4. Custodian of the Records, Woonsocket Housing Authority
5. Noeun Doak
6. Lin Ket
7. Sarath Loeung
8. Pat Major
9. Khitta Mounsaleum
10. Bounlome Ninthala
11. Paul Perry
12. Chandararoth Pok
13. Vannak Reth
14. Sokhy San
15. Peter Sirois
16. Sky Sisavath
17. Duncan Steel
18. Lang Tang
19. Buavanh Vongvilay

IT IS FURTHER ORDERED that a duly authorized representative of the United States Department of Labor may fill out the information on the subpoenas, and may serve the subpoenas to the above-named individuals.

David L Martin

United States ~~District~~ Judge
MAGISTRATE

Dated: 6-2-2006